UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LORI CURRY,                           :
            Plaintiff,                :
                                      :
v.                                    :        No. 3:09-cv-01359-JCH
                                      :
PORTFOLIO RECOVERY ASSOCIATES,:
LLC,                                  :        STIPULATION OF
                                      :        DISMISSAL
            Defendant.                :        WITH PREJUDICE


        The Plaintiff and Defendant, by and through the undersigned, hereby

stipulate that the above entitled action shall be dismissed with prejudice to

Plaintiff on her complaint and without costs and/or attorney's fees to any party.


THE PLAINTIFF                         THE DEFENDANT
LORI CURRY                            PORTFOLIO RECOVERY
                                      ASSOCIATES, LLC

By_____            By_____
Daniel Blinn (ct02178)               Jonathan D. Elliot (ct05762)
Consumer Law Group                   Zeldes, Needle & Cooper, P.C.
35 Cold Spring Rd., Suite 512        1000 Lafayette Boulevard
Rocky Hill, CT 06067                 Bridgeport, CT  06604
Ph: 860-571-0408                     Phone:  203-333-9441
Fax: 860-571-7457                    Fax:  203-333-1489